# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-MC-035-MOC-DCK

| | |
|---|---|
| CRAIGVILLE TELEPHONE CO., d/b/a ADAMSWELLS, and CONSOLIDATED TELEPHONE COMPANY, d/b/a CTC, )<br><br>Petitioners, )<br><br>v. )<br><br>ERICSSON, INC., )<br><br>Respondent. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Petitioners' "Motion To Transfer Petitioners' Motion To Compel Subpoena Response From Non-Party Ericsson, Inc." (Document No. 2) filed February 22, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

The undersigned notes that Movant reports in the supporting memorandum to the Motion to Transfer that "Ericsson consented to the NDIL [Northern District of Illinois] for the sole purpose of resolving the instant Motion to Compel." (Document No. 3, p. 2). Furthermore, counsel for Respondent Ericsson, Inc. contacted the undersigned's chambers to indicate that the Motion to Transfer is not opposed. Based on Federal Rule of Civil Procedure 45(f), the undersigned will transfer the Motion to Compel (Document No. 1) to the Northern District of Illinois because "the person subject to the subpoena consents" to the transfer. Fed.R.Civ.P. 45(f).

**IT IS, THEREFORE, ORDERED** that Petitioners' "Motion To Transfer Petitioners' Motion To Compel Subpoena Response From Non-Party Ericsson, Inc." (Document No. 2) is

2

**GRANTED**. Petitioners' "Motion To Compel Subpoena Response From Non-Party Ericsson, Inc." (Document No. 1) shall be **TRANSFERRED** to the United States District Court for the Northern District of Illinois.

**IT IS FURTHER ORDERED** that this action shall be **CLOSED**.

**SO ORDERED**.

Signed: March 4, 2022

David C. Keesler
United States Magistrate Judge